In the Matter of the Claim of HERMINIO MENDEZ, Respondent, v. FRISCH PRODUCTS CORP., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.